# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142804

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

CALVIN ANDRE DAVENPORT,
       Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142804
COA: 295926
Wayne CC: 09-019102-FH

On order of the Court, the application for leave to appeal the February 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

p0620